# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| AMANDA BOZEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. |
| MAXIMUM RECOVERY SERVICES, ) | 2:11-cv-604-MHT-SRW |
| INC., HSBC RETAIL SERVICES, INC., ) | |
| HOUSTON FUNDING CORPORATION, ) | |
| DAVID'S BRIDAL, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Amanda Bozeman and Defendants HSBC Retail Services, Inc., David's Bridal, Inc. and Houston Funding II, Ltd. (incorrectly designated in the complaint as Houston Funding Corporation), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly stipulate that this action is hereby dismissed with prejudice, with each party to bear their own fees, costs and expenses.

    Respectfully submitted,

    s/ Alan D. Leeth
    Alan D. Leeth (LEE038)
    Matthew T. Mitchell (MIT050)

    Attorney for Defendants
    HSBC RETAIL SERVICES, INC. AND
    DAVID'S BRIDAL, INC.

1947855 v1

**OF COUNSEL**:
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
aleeth@burr.com

                              s/ Neal D. Moore, III
                              Neal D. Moore, III

                              Attorney for Defendant
                              HOUSTON FUNDING II, LTD.

**OF COUNSEL**:
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama  35243
Telephone: (205) 879-8722

                              s/ Manish H. Patel
                              Manish H. Patel

                              Attorney for Plaintiff
                              AMANDA BOZEMAN

**OF COUNSEL**:
PATEL & SLEDGE
115 East Three Notch Street
P.O. Box 849
Andalusia, Alabama 36420
Telephone: (334) 222-2255